IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:20-CR-190 (FJS) |
| v. | ) **Indictment** |
| **GEORGE M. ALLEN,** | ) Violation: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) [Possession of a Firearm and Ammunition by a Prohibited Person] |
| | ) One Count and Forfeiture Allegation |
| **Defendant.** | ) County of Offense: Warren |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Possession of a Firearm and Ammunition by a Prohibited Person]

On or about June 10, 2020, in Warren County in the Northern District of New York, the defendant, **GEORGE M. ALLEN**, knowingly possessed in and affecting interstate commerce, a firearm, that is, a Winchester Model 67 .22 caliber rifle, and ammunition, that is, eighty rounds of .22 caliber rimfire ammunition, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, as the defendant well knew when he possessed the firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1.  The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g) and 922(d), the defendant, **GEORGE M. ALLEN,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    (a) a Winchester Model 67 .22 caliber rifle.

    (b) eighty (80) .22 caliber rimfire rounds.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Dated: July 22, 2020

A TRUE BILL,

*name redacted

Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096

3